IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
|    Plaintiff, | |
| v. | 2:26-CR-032-Z-BR-(1) |
| NEMECIO ARMANDO VILLANUEVA | |
|    Defendant. | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

On June 29, 2026, the United States Magistrate Judge issued a Report and Recommendation Concerning Plea of Guilty ("Report and Recommendation") in the above referenced cause. Defendant Nemecio Armando Villanueva filed no objections to the Report and Recommendation within the fourteen-day period set forth in 28 U.S.C. § 636(b)(1). The Court independently examined all relevant matters of record in the above referenced cause—including the elements of the offense, Factual Resume, Plea Agreement, and Plea Agreement Supplement—and thereby determined that the Report and Recommendation is correct. Therefore, the Report and Recommendation is hereby ADOPTED by the United States District Court. Accordingly, the Court hereby FINDS that the guilty plea of Defendant Nemecio Armando Villanueva was knowingly and voluntarily entered; ACCEPTS the guilty plea of Defendant Nemecio Armando Villanueva; and ADJUDGES Defendant Nemecio Armando Villanueva guilty of Count Two in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii). Sentence will be imposed in accordance with the Court's sentencing scheduling order.

    **SO ORDERED**, July 14, 2026.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE